UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCY KLINGER | : | |
| | : | |
| v. | : | No. 4:20-cv-02091 |
| | : | |
| GEISINGER MEDICAL CENTER | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in the above-captioned action having been amicably resolved by and between Plaintiff, Marcy Klinger, and Defendant, Geisinger Medical Center, it is hereby stipulated and agreed that the case against Defendant shall be, and hereby is, dismissed with prejudice.

/s/ Jill M. Lashay

Jill M. Lashay, Esq.
Buchanan Ingersoll & Rooney PC
*Attorney for Defendant*

/s/ Samuel A. Dion

Samuel A. Dion, Esq.
Dion & Goldberger
*Attorney for Plaintiff*

Dated:  12/22/2021

Dated: 12/22/2021